**Lynn, alias Lennie, NORRIS v. STATE.**

**4 Div. 729.**

Supreme Court of Alabama.

Sept. 28, 1933.

Walters & Walters, of Troy, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Lynn, alias Lennie, Norris for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Norris v. State, 25 Ala. App. 493, 149 So. 853.

Writ denied. There is nothing in the opinion of the Court of Appeals for this court to review.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.